UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOSEPH LAVINE, on behalf of
himself and those similarly situated,

        Plaintiff,

                              Case #: 8:13-CV-01210-SDM-TGW

v.

SAGO NETWORKS, LLC, a Florida
Limited Liability Company,

        Defendants.
_____/

**DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT
OF TIME AND INCORPORATED MEMORANDUM OF LAW**

Defendant, SAGO NETWORKS, LLC ("Sago"), by and through the undersigned counsel and pursuant to Rule 6(b) Fed.R.Civ.P., hereby files this unopposed motion for enlargement of time, up to and including Tuesday, November 26, 2013, to file its Response to Plaintiff's Motion for Award of Reasonable Attorneys' Fees and Costs and Incorporated Memorandum of Law. In support of its motion, Sago states as follows:

1. On November 5, 2013, Plaintiff filed a Motion for Award of Reasonable Attorneys' Fees and Costs and Incorporated Memorandum of Law.

2. The undersigned counsel needs additional time to formulate Defendant's Response to Plaintiff's Motion for Award of Reasonable Attorneys' Fees and Costs and Incorporated Memorandum of Law.

3. Specifically, the undersigned counsel is requesting an extension of time, up to and including Tuesday, November 26, 2013.

4.     Counsel for Plaintiff was contacted and has agreed to the extension requested herein.

5.     No prejudice will result from the granting of this motion for enlargement of time.

6.     This motion is made in good faith and not for the purpose of undue delay.

## MEMORANDUM OF LAW

District courts have broad discretion when it comes to granting extensions and otherwise managing their cases. <u>Chrysler Int'l Corp. v. Chanaly</u>, 280 F. 3d 1358 (11th Cir. 2002).  Motions requesting additional time should be granted as a matter of course unless there is bad faith on the part of the movant or the Court determines that granting said motion will prejudice the opposing party. <u>John Morrell & Co. v. Royal Carribbean Cruises, Ltd.</u>, 243 F.R.D. 699 (S.D. Fla., 2007).

In this matter, counsel for Sago has requested a brief extension of time to provide its Response to Plaintiff's Motion for Award of Reasonable Attorneys' Fees and Costs and Incorporated Memorandum of Law.  Counsel for Sago contacted Plaintiff's counsel to request this extension and Plaintiff's counsel stated that they had no objection.  No prejudice would result from the granting of this motion, and this motion is not being presented to create undue delay.

**WHEREFORE**, Sago respectfully requests that this Court grant an enlargement of time for Sago to file its Response to Plaintiff's Motion for Award of Reasonable Attorneys' Fees and Costs and Incorporated Memorandum of Law through Tuesday, November 26, 2013.

### CERTIFICATE OF GOOD FAITH CONFERENCE

I certify that I conferred with Plaintiff's counsel on November 18, 2013, in a good faith attempt to resolve the issues raised in this motion. The parties were able to resolve the issues raised in this motion, and Plaintiff does not oppose the relief requested in this motion.

**TAMPA LAW SOURCE, P.A.**

/s/ Brian C. Chase
Daniel G. Musca, Esq.
Florida Bar No. 72877
dan@tampabizlaw.com
Brian C. Chase, Esq.
Florida Bar No. 17520
brian@tampabizlaw.com
13139 W. Linebaugh Ave., Suite 101
Tampa, Florida 33626
Phone: (813) 814-0700
Facsimile: (813) 814-0762
Counsel for Defendant

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Defendant's Unopposed Motion for Enlargement of Time and Incorporate Memorandum of Law has been furnished by electronic filing via CM/ECF or United States Mail this 19th day of November, 2013, to the following:

Richard Celler, Esq.
Morgan & Morgan, P.A.
600 N Pine Island Road, Suite 400
Plantation, Florida 33324
Tel: (954) 318-0268
Fax: (954) 333-3515
e-mail: rceller@forthepeople.com

/s/ Brian C. Chase
Attorney