UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOSEPH LAVINE, on behalf of
himself and those similarly situated,

        Plaintiff,

                                                        Case #: 8:13-CV-01210-SDM-TGW

v.

SAGO NETWORKS, LLC, a Florida
Limited Liability Company,

        Defendants.
_____/

### DEFENDANT'S SECOND MOTION FOR ENLARGEMENT OF TIME AND INCORPORATED MEMORANDUM OF LAW

Defendant, SAGO NETWORKS, LLC ("Sago"), by and through the undersigned counsel and pursuant to Rule 6(b) Fed.R.Civ.P., hereby files this unopposed motion for enlargement of time, up to and including Wednesday, November 27, 2013, to file its Response to Plaintiff's Motion for Award of Reasonable Attorneys' Fees and Costs and Incorporated Memorandum of Law. In support of its motion, Sago states as follows:

1.    On November 5, 2013, Plaintiff filed a Motion for Award of Reasonable Attorneys' Fees and Costs and Incorporated Memorandum of Law.

2.    On November 21, 2013, this Court granted an Unopposed Motion for Extension of Time (Dkt. 27), which extended Defendant's deadline for responding to Plaintiff's Motion for Attorneys' Fees through Tuesday, November 26, 2013.

3.    The undersigned counsel needs additional time to formulate Defendant's Response to Plaintiff's Motion for Award of Reasonable Attorneys' Fees and Costs and Incorporated Memorandum of Law. Specifically, Defendant's counsel's children have

been ill, and Defendant's counsel was required to take off work to assist in caring for them.  As a result, Defendant's counsel was unable to complete Defendant's Response to Plaintiff's Motion for Attorneys' Fees.

4.   The undersigned counsel is requesting an extension of time for one (1) additional day, up to and including Wednesday, November 27, 2013.

5.   Counsel for Plaintiff was contacted, but was contacted late in the day and has not yet responded to Defendant's request.

6.   No prejudice will result from the granting of this motion for enlargement of time.

7.   This motion is made in good faith and not for the purpose of undue delay.

### MEMORANDUM OF LAW

District courts have broad discretion when it comes to granting extensions and otherwise managing their cases. Chrysler Int'l Corp. v. Chanaly, 280 F. 3d 1358 (11th Cir. 2002).  Motions requesting additional time should be granted as a matter of course unless there is bad faith on the part of the movant or the Court determines that granting said motion will prejudice the opposing party. John Morrell & Co. v. Royal Carribbean Cruises, Ltd., 243 F.R.D. 699 (S.D. Fla., 2007).

In this matter, counsel for Sago has requested a brief extension of time to provide its Response to Plaintiff's Motion for Award of Reasonable Attorneys' Fees and Costs and Incorporated Memorandum of Law.  No prejudice would result from the granting of this motion, and this motion is not being presented to create undue delay.

**WHEREFORE**, Sago respectfully requests that this Court grant an enlargement of time for Sago to file its Response to Plaintiff's Motion for Award of Reasonable Attorneys' Fees and Costs and Incorporated Memorandum of Law through Wednesday, November 27, 2013.

### CERTIFICATE OF GOOD FAITH CONFERENCE

I certify that I attempted to confer with Plaintiff's counsel late in the day on November 26, 2013, in a good faith attempt to resolve the issues raised in this motion. I did not receive any response from opposing counsel as a result of the fact that I did not contact opposing counsel until after 5:00 p.m.

        **TAMPA LAW SOURCE, P.A.**

        /s/ Brian C. Chase
        Daniel G. Musca, Esq.
        Florida Bar No. 72877
        dan@tampabizlaw.com
        Brian C. Chase, Esq.
        Florida Bar No. 17520
        brian@tampabizlaw.com
        13139 W. Linebaugh Ave., Suite 101
        Tampa, Florida 33626
        Phone: (813) 814-0700
        Facsimile: (813) 814-0762
        Counsel for Defendant

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Defendant's Second Motion for Enlargement of Time and Incorporate Memorandum of Law has been furnished by electronic filing via CM/ECF or United States Mail this 26th day of November, 2013, to the following: Richard Celler, Esq., Morgan & Morgan, P.A., 600 N Pine Island Road, Suite 400, Plantation, Florida 33324, Tel: (954) 318-0268, Fax: (954) 333-3515, e-mail: rceller@forthepeople.com.

        /s/ Brian C. Chase
        Attorney