UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOSEPH LAVINE,

    Plaintiff,

v.   CASE NO. 8:13-cv-1210-T-23TGW

SAGA NETWORKS, LLC,

    Defendant.
_____/

### ORDER

The plaintiff's motion (Doc. 25) for attorneys' fees and costs as the prevailing party in this FLSA action is **REFERRED** to Magistrate Judge Thomas G. Wilson for a report and recommendation.

ORDERED in Tampa, Florida, on December 3, 2013.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE