UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOSEPH LAVINE, on behalf of himself
and all others similarly situated,

    Plaintiff,

vs.                                              Case No.: 8:13-CV-01210-SDM-TGW

SAGO NETWORKS, LLC, a Florida
Limited Liability Company.

    Defendant.
_____/

**PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME TO FILE REPLY TO DEFENDANT'S RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION FOR AWARD OF REASONABLE ATTORNEYS' FEES AND COSTS
<u>AND INCORPORATED  MEMORANDUM OF LAW</u>**

      Pursuant to the Federal Rules of Civil Procedure and the Local Rules for the Middle District of Florida, Plaintiff's Counsel, respectfully requests an enlargement of time, up to and including January 7, 2014, to file his reply to Defendant's Response in Opposition to Plaintiff's Motion for Award of Reasonable Attorneys' Fees and Costs.  [D.E. 30].

      Plaintiff's undersigned counsel has recently separated from Morgan & Morgan, P.A., and is in the process of securing Plaintiff's file in order to prepare his reply.  Therefore, due to the undersigned's recent transition, Plaintiff respectfully requests this Court allow him an enlargement of time, up to and including, January 7, 2014, to file his reply to Defendant's Response in Opposition to Plaintiff's Motion for Award of Reasonable Attorneys' Fees and Costs.

*Plaintiff's counsel has attempted to confer with Defendant's counsel pursuant to Local Rule 3.01 regarding the relief sought in this motion, but Defendant's counsel has been non-responsive.*

### MEMORANDUM OF LAW

Rule 16 of the Federal Rules of Civil Procedure provides that once entered, the scheduling order "shall control the subsequent course of the action unless modified by a subsequent order . . . [and] "shall not be modified except upon a showing of good cause." Fed.R.Civ.P. 16(b)(e). Here, due to Plaintiff's counsel's current transition, Plaintiff respectfully requests that this Court allow an enlargement of time, up to, and including January 7, 2014, to file his Reply to Defendant's Response in Opposition to Plaintiff's Motion for Award of Reasonable Attorneys' Fees and Costs.

Plaintiff's counsel maintains that good cause is shown to enlarge this Court's deadline for the undersigned to file his reply to Defendant's Response in Opposition to Plaintiff's Motion for Award of Reasonable Attorneys' Fees and Costs.

Defendant will not be prejudiced by the requested enlargement.

### CONCLUSION

For the above reasons, Plaintiff respectfully requests that he be granted an enlargement of time, up to and including January 7, 2014, in order to allow undersigned counsel sufficient time to secure Plaintiff's file and prepare a reply to Defendant's Response in Opposition to Plaintiff's Motion for Award of Reasonable Attorneys' Fees and Costs.

DATED this 13<u>th</u> day of December, 2013.

/s/ RICHARD CELLER
Richard Celler, Esquire
Florida Bar No.:  0173370
MORGAN & MORGAN, P.A.
600 North Pine Island Road, Suite 400
Plantation, Florida 33324
Tel: 954-318-0268
Fax: 954-333-3515
E-mail: rceller@forthepeople.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13th day of December, 2013, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ RICHARD CELLER
Richard Celler, Esq.