UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOSEPH LAVINE, etc.

v.                                          Case No. 8:13-CV-1210-T-23TGW

SAG O NETWORKS, LLC

## ORDER

THIS CAUSE came on for consideration upon the Plaintiff's Motion for Enlargement of Time to File Reply to Defendant's Response in Opposition to Plaintiff's Motion for Award of Reasonable Attorneys' Fees and Costs (Doc. 35).

It is, upon consideration,

ORDERED:

That the Plaintiff's Motion for Enlargement of Time to File Reply to Defendant's Response in Opposition to Plaintiff's Motion for Award of Reasonable Attorneys' Fees and Costs (Doc. 35) be, and the same is hereby, **GRANTED**. The plaintiff has up to and including January 7, 2014 to file his reply.

DONE and ORDERED at Tampa, Florida, this 16th day of December, 2013.

THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE