UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOSEPH LAVINE,

    Plaintiff,

v.                                              CASE NO. 8:13-cv-1210-T-23TGW

SAGA NETWORKS, LLC,

    Defendant.
_____/

## **ORDER**

The plaintiff moves (Doc. 25) for post-judgment fees and costs. The defendant responds. (Doc. 30) Under 28 U.S.C. § 636, Magistrate Judge Thomas G. Wilson submits a report and recommendation (Doc. 40) to which neither party objects. The magistrate judge's report and recommendation is thorough, well-reasoned, and **ADOPTED**. The plaintiff's motion (Doc. 25) is **GRANTED** in part and **DENIED** in part.

The clerk will enter judgment in favor of the plaintiff and against the defendant for $11,137.00 in fees and for $644.30 in costs.

ORDERED in Tampa, Florida, on March 11, 2014.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE